United States Courts
Southern District of Texas
F I L E D

JUL - 6 2020

David J. Bradley, Clerk of Court

Dear Shelia Ashabranner and US Southern District Court Clerks,

I appreciate your patience, guidance, and goodwill, since I am technically a Pro Se Plaintiff and I am personally afraid, since my case involves the Chinese Communist Party.

I provided the following documents to the Defendant via PM Express Mail.

1.) 1 Order of Pretrial Conference (2 pages)
2.) 1 Certificate Of Financially Interested Persons And-Or Entities
3.) 1 "Good Faith" Letter
4.) 1 Court Procedures and Forms (Oct 2016) for the Honorable Nancy F. Atlas (43 pages)
5.) 1 Summons (another copy)
6.) 1 Complaint (another copy)

Tracking Number: EJ 428 137 163 US

I am also attaching the documents below for your records.

1.) 1 Certificate of Financially Interested Persons And-Or Entities
2.) 1 "Good Faith" Letter

I wish you all good 4th of July. God bless America.

_02JU20_
Date

_____
Alejandro Evaristo Perez
Plaintiff | Case Civil Action No. 4:20-cv-02188

Dear LinkedIn Legal Team,

How are you?

After reviewing the Court Procedures and Forms, Order For Pretrial Conference, and other documentation, there is a common theme of "Good Faith" between Plaintiff and Defendant on the generation several legal artifacts.

As a token of this "Good Faith" theme, I will extend a peace offering, which consists of the same relief as stated in the complaint. The exception is that instead of $250,000,000. I will reduce the by 50% of the relief award due to the fact that amount was intended to attract a US Constitutional Lawyer and/or US Law Firm to help administer the paperwork, advice on motions, simplify the legal navigation, and gain renown for defending Free Speech of an American in US Soil in a Public Forum. I will assume that they are terrified of the Chinese Communist Party and they value their lives more than defending the Legal Principle of Free Speech in a Free Society and $125,000,000 award share. Thus, as a token of "Good Faith", I will reduce their amount of the award intended for such advanced legal counsel if I do not have to perform their legal work as a pro se Plaintiff. If I do have to perform the work of US Constitutional Lawyer by going to Legal Help Centers on a daily basis, I will do that and charge LinkedIn that full award amount.

So, how about it? This is a token of "Good Faith". Please update your User Agreement to reflect President Franklin D. Roosevelt's Free Speech directive, send me the $125,000,000, and return my LinkedIn account. I liked my 7,000 Connections. Many are very smart influential US civilian leaders, US military leaders, and US political leaders. As a favor, you can tell Bill Gates and Ryan Roslansky to remember that we are Americans with Free Speech, and that I do admire their skills as business leaders. They need and can raise the standard of Free Speech, not lower any ethical standard for the Chinese Communist Party. Chinese Communist Party is responsible for many crimes against humanity. That means more than pieces of paper printed by machines in a bank. You cannot print awesome Americans with Free Speech from a machine. No nation ever bought their freedom. They had to fight for it, whether through peaceful means or forceful means. I prefer peaceful means, because I am not the Chinese Communist Party. I am US War Veteran who fought for our Freedoms that you are denying me on behalf of the Chinese Communist Party. That why I had to file a complaint and I am also extending this "Good Faith" settlement between us. I hope I can touch your hearts, your reasoning, and patriotism to raise the standards of Free Speech and Freedom in US soil.

God bless America.

02JUL20

Date

Alejandro Evaristo Perez

Plaintiff | Case: Civil Action No. 4:20-cv-02188

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Alejandro Evaristo Perez                    §
                                            §
                                            §
Plaintiff(s),                               §
                                            §
v.                                          §    Civil Action No. 4: 20-cv-02188
                                            §
LinkedIn Corporation                        §
                                            §
                                            §
Defendant(s).                               §

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS AND/OR ENTITIES
Of Plaintiff based on scopes:

**Scope 1:** Parties and Entities directly involved with the Plaintiff in civil case and directly benefit financially from a winning case or has a legal obligation to share award from a winning case.

1.) Self (the Plaintiff, Alejandro Evaristo Perez)
2.) The US Federal Government from taxation of the agreed award.

**Scope 2:** Parties and Entities not directly involved with the Plaintiff in civil case and that may indirectly benefit financially from a winning case nor under no legal obligation to share award from a winning case.

1.) Family
2.) Community
3.) Private Corporations (not publicly traded) owned by Plaintiff:
    a.   Data Stocks Inc - https://www.datastocksinc.com/
    b.   Invisible Forge Inc - https://invisibleforge.com/
4.) Charities
5.) Free Speech Organizations

I, the Plaintiff, certify to have filed "CERTIFICATE OF FINANCIALLY INTERESTED PERSONS AND/OR ENTITIES" as directed in the ORDER FOR PRETRIAL CONFERENCE.

_____               _____
01JUL20                                     Alejandro Evaristo Perez
Date                                        Plaintiff

```
          JOHN DUNLOP
        8728 BEVERLYHILL ST
       HOUSTON, TX 77063-9998
            480378-0062
           (800)275-8777
         07/02/2020 12:45 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Exp 1-Day | 1 | $26.35 | $26.35 |

```
Flat Rate Env
  Domestic
  SUNNYVALE, CA  94085
  Flat Rate
  Signature Waiver
  Scheduled Delivery Day
  Friday 07/03/2020 12:00 PM
  Money Back Guarantee
  USPS Tracking #
  EJ428137163US
```

| PM Exp Insurance | | | $0.00 |
|---|---|---|---|

```
  Up to $100.00 included
```

| Total: | | | $26.35 |
|---|---|---|---|

```
Credit Card Remitd                $26.35
  Card Name:VISA
  Account #:XXXXXXXXXXXX7953
  Approval #:002843
  Transaction #:674
  AID:A000000031010          Chip
  AL:Visa Credit
  PIN:Not Required


***********************************
   Due to limited transportation
   availability as a result of
     nationwide COVID-19 impacts
   package delivery times may be
      extended. Priority Mail Express®
      service will not change.
***********************************


Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


      Preview your Mail
      Track your Packages
     Sign up for FREE @
     www.informeddelivery.com


All sales final on stamps and postage.
 Refunds for guaranteed services only.
   Thank you for your business.

   HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE
```



EJ 428 137 163 US

Priority Mail Express tracking number

Tracking: For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811.

Thank you for choosing Priority Mail Express service.