IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:20-cv-02188 |
| | § | |
| LINKEDIN CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT LINKEDIN CORPORATION'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

In compliance with the Court's Order and the Local Rules, Defendant LinkedIn Corporation files this Certificate of Interested Parties and identifies the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financial interested in the outcome of this litigation.

1. Plaintiff Alejandro Evaristo Perez, *pro se*

2. Defendant LinkedIn Corporation is a Delaware corporation that is a wholly-owned subsidiary of Microsoft Corporation, a publicly-held corporation. Microsoft has no parent company, and no publicly held corporation owns more than 10% of its stock.

Dated: August 14, 2020

Respectfully submitted,

*/s/ Steven J. Mitby*
Steven J. Mitby
Texas Bar No. 24037123
Federal Bar No. 33591
smitby@seilermitby.com
SEILER MITBY, PLLC
2700 Research Forest Drive, Suite 100
The Woodlands, Texas 77381
Telephone: (281) 419-7770
Facsimile: (281) 419-7791

ATTORNEY-IN-CHARGE
FOR DEFENDANT

OF COUNSEL FOR DEFENDANT:
Megan Rapp
Texas Bar No. 24073924
S.D. Texas I.D. 1260209
SEILER MITBY, PLLC
2700 Research Forest Drive, Suite 100
The Woodlands, Texas 77381
Telephone: (281) 419-7770
Facsimile: (281) 419-7791
mrapp@seilermitby.com

## CERTIFICATE OF SERVICE

I certify that on August 14, 2020, a true and correct copy of the foregoing Certificate of Interested Parties and Corporate Disclosures was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing has been forwarded to the unrepresented Plaintiff via email and first-class US Mail to the below addresses:

Alejandro Evaristo Perez
9233 Westheimer, #136
Houston, Texas 77063
Email: alejandro.evaristo.perez@gmail.com

*/s/ Megan Rapp*
Megan Rapp