United States District Court
Southern District of Texas
**ENTERED**
August 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-2188 |
| | § | |
| LINKEDIN CORPORATION, | § | |
|    Defendant. | § | |

## ORDER

It appearing that there are pending motions that will not be fully briefed and decided by the currently-scheduled initial conference, it is hereby

**ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **October 7, 2020,** and the initial pretrial conference is rescheduled to **October 13, 2020, at 2:30 p.m.**

SIGNED at Houston, Texas, this 26th day of **August, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\1-2020\2188ResetIPTC.wpd   200826.1529