IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 4:20-CV-02188 |
| | § | |
| LINKEDIN CORPORATION | § | |
|     Defendant. | § | |

**PLAINTIFF ALEJANDRO EVARISTO PEREZ'S
CERTIFICATE OF FINANCIALLY INTERESTED PERSONS AND/OR ENTITIES**

    In compliance with the Court's Order and the Local Rules, Plaintiff Alejandro Evaristo Perez re-files his Certificate of Interested Parties to legal standard and identified the persons, associations of person, firms, partnership, corporations, affiliates, parent corporations, or other entities that are financial interested in the outcome of this litigation.

**Scope 1:** Parties and Entities directly involved with the Plaintiff in civil case and directly benefit financially from a winning case or has a legal obligation to share award from a winning case.

1.) Self (the Plaintiff, Alejandro Evaristo Perez)
2.) The US Federal Government from taxation of the agreed award.
3.) Defendant LinkedIn Corporation is a Delaware corporation that is a wholly-owned subsidiary of Microsoft Corporation, a publicly-held corporation. Microsoft has no parent company, and no publicly held corporation owns more than 10% of its stocks.

**Scope 2:** As long it is deemed ethical, legal and/or just by the Court of the Honorable Judge Nancy F. Atlas, Parties and Entities that the Plaintiff is willing to pledge concessions in his civil case, which can directly benefit the Plaintiff's personal safety, cause, reduce frictions, and/or ethical conscience in exchange for financially reward from a winning case and, if allowed, to be legal obligation to share award from a winning case. IRS tax guidelines and IRS requirements take priory over any distribution. All distribution must meet several ethical requirements such as US General Robert Spalding's Stealth War' "Sino Solutions" proposal, ethical standards, "10 Universal Freedoms" Pledges (an upgrade from FDR's 4 Freedom based on current US Amendments & UN Articles), closing trade with hostile authoritarian governments (ex. 1 day of full sanctions per 1 American Civilian death), reduction in yellow journalism, and other conditions respectively to maximize the goodwill and reduce social injustices.

1.) <u>10% of winnings to a 50-year Trust Fund to the Democratic Party</u>
    - Plaintiff is using FDR logic and has to give credit where credit is due.
    - Senator Mark Warner was Plaintiff's LinkedIn Contact with consent.
    - Senator Mark Warner tolerated Plaintiff's cyber existence in LinkedIn.
    - Military Officers must favor to both Republican and Democratic Parties
2.) <u>10% of winnings to a 50-year Trust Fund to the Republican Party</u>
    - Senator John Cornyn help Plaintiff with his VA Benefits.
    - Plaintiff normally gives $100 monthly to the Senator Cornyn as a "Thank You".
    - Plaintiff loves Jesus Christ, so normally aligns with Traditional values.
    - Military Officers must favor to both Democratic and Republican Parties
3.) <u>10% of winnings to a 50-year Trust Fund to Charities</u>
    - The Plaintiff made the Defendant a promise of "Good Use".
    - The Plaintiff is keeping his word to further prove his goodness of heart.
    - A percentage to Female Charities for my Female stakeholders
    - A percentage to US War Veteran Charities for my US War Veteran stakeholders
    - A percentage to Catholic Charities for my Conservatives stakeholders.
    - A percentage to BlackLivesMatter Movement for my Liberal stakeholders.
    - A percentage to Christian Protestant stakeholders for my Moderate stakeholders.
    - A percentage to Jewish Community stakeholders for my Moderate stakeholders.
4.) <u>10% of winnings to a 50-year Trust Fund to Victims of CCP Atrocities</u>
    - A percentage to Relief Efforts for American COVID victims.
    - A percentage to Female Business Owners affected by COVID pandemic.
    - A percentage to Tibetan Liberation Movement for Buddhist Stakeholders.
    - A percentage to the Muslim Uyghur in camps for my Islamic Stakeholders.
    - A percentage to Stop Organ Harvesting of Falun Gong Members.
    - A percentage to the New Media Outlets to report CCP Atrocity activities.
5.) <u>$5M "Golden Parachute" for Megan Rapp and Steve Mitby</u>
    - The Plaintiff would feel better if the young opposing "Rising Star" lawyers had a "consolation" package per as long as the Defendant's legal consul follows to the Court's code of ethics, understand APPENDIX A RULES OF DISCIPLINE RULE, and stop generating unnecessary motions detracting from an orderly Jury Trial in order for a Jury of our peers to decide the outcome in this Court and only in this Court, unless settled prior to a Jury Trial.
    - The Plaintiff is keeping his word to further prove his goodness of heart.

**Scope 3:** Parties and Entities not directly involved with the Plaintiff in civil case and that may indirectly benefit financially from a winning case nor under no legal obligation to share award from a winning case.

1.) Family
2.) Community
3.) Private Corporations (not publicly traded) owned by Plaintiff:

2

        a. Data Stocks Inc - https://www.datastocksinc.com/
        b. Invisible Forge Inc - https://invisibleforge.com/
    4.) Free Speech Organizations

The Plaintiff has made pledges and is more than willing to use the reward the forces of good. The Plaintiff is aware that Legally Binding Contracts requires the "Consideration" element that is not based on "Moral Obligation" and "Promise of a Future Gift", but US Military Officers must keep their promises and pledges when ethically possible to retain their honor and oath to defense the US Constitution against Foreign and Domestic Enemies.

I, the Plaintiff, certify to have re-filed "CERTIFICATE OF FINANCIALLY INTERESTED PERSONS AND/OR ENTITIES" to legal standard and as directed in the ORDER FOR PRETRIAL CONFERENCE.

God bless America.

/AEP/

_____          _____

Alejandro Evaristo Perez                                Date
Plaintiff | 4:20-CV-02188
Address: 9233 Westheimer, #136, Houston, TX 77063
Phone: (214) 762-0075
Email: alejandro.evaristo.perez@gmail.com