IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ      Plaintiff, | § § § | |
| V. | § § § | CIVIL ACTION NO.      4:20-CV-02188 |
| LINKEDIN CORPORATION      Defendant. | § § § | |

## ORDER - SUMMARY JUDGEMENT MOTION IN FAVOR OF PLAINTIFF.

On this day, the Court considered Pro Se Plaintiff's SUMMARY JUDGEMENT MOTION IN FAVOR OF PLAINTIFF, any responses or replies thereto, the arguments of counsel, and the relevant authorities. The Court finds the Motion meritorious and GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff be granted the SUMMARY JUDGEMENT MOTION IN FAVOR OF PLAINTIFF and grants all remedies that the Plaintiff requests from the Defendant in order to successfully close this civic legal case without any further legal delays and for the betterment of the United States of America.

Date: _____, 2020.

_____

THE HONORABLE NANCY F. ATLAS
THE DISTRICT JUDGE OF THE FEDERAL COURT